No. 85–473.   CARGILL, INC., ET AL. *v.* MONFORT OF COLORADO, INC.   C. A. 10th Cir.   [Certiorari granted, 474 U. S. 1049.]   Motion of The Business Roundtable for leave to file a brief as *amicus curiae* granted.   JUSTICE BLACKMUN took no part in the consideration or decision of this motion.

No. 85–920.   ALASKA AIRLINES, INC., ET AL. *v.* BROCK, SECRETARY OF LABOR, ET AL.   C. A. D. C. Cir.   [Certiorari granted, *ante*, p. 1044.]   Motion of petitioners to dispense with printing the joint appendix granted.

No. 85–1377.   BOWSHER, COMPTROLLER GENERAL OF THE UNITED STATES *v.* SYNAR, MEMBER OF CONGRESS, ET AL.;
No. 85–1378.   UNITED STATES SENATE *v.* SYNAR, MEMBER OF CONGRESS, ET AL.; and
No. 85–1379.   O'NEILL, SPEAKER OF THE UNITED STATES HOUSE OF REPRESENTATIVES, ET AL. *v.* SYNAR, MEMBER OF CONGRESS, ET AL.   D. C. D. C.   [Probable jurisdiction noted, *ante*, p. 1009.]   Motion of the parties for divided argument granted.

No. 85–6374.   IN RE KOENIG.   Petition for writ of mandamus denied.

No. 85–1027.   ARIZONA *v.* HICKS.   Ct. App. Ariz.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–6580.   MARANT *v.* COLORADO.   Ct. App. Colo.   Certiorari denied.

No. 84–6825.   PFEIL, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF PFEIL *v.* ROGERS, FORMER DISTRICT ATTORNEY OF RUSK COUNTY, ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 85–82.   BUILDING & CONSTRUCTION TRADES COUNCIL OF PHILADELPHIA AND VICINITY ET AL. *v.* ALTEMOSE CONSTRUCTION CO. ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 85–301.   AMEY, INC., ET AL. *v.* GULF ABSTRACT & TITLE, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.